CLOSED, MDL, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-03306**
**Internal Use Only**

Bolton v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Vanessa D Gilmore
Lead case: 4:07-cv-02002
Member cases:

4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767
4:07-cv-02903
4:07-cv-02919
4:07-cv-03120
4:07-cv-03123
4:07-cv-03125
4:07-cv-03126
4:07-cv-03130
4:07-cv-03131
4:07-cv-03133
4:07-cv-03249

Date Filed: 10/09/2007
Date Terminated: 10/30/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

4:07-cv-03250
4:07-cv-03306
4:07-cv-03307
4:07-cv-03308
4:07-cv-03309
4:07-cv-03310
4:07-cv-03311
4:07-cv-03312
4:07-cv-03313
4:07-cv-03314
4:07-cv-03444
4:07-cv-03445

Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-Personal Injury

**Plaintiff**

**Robin Arsene Bolton** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3101623) filed by Robin Arsene Bolton. (Attachments: # 1 Civil Cover Sheet Bolton, Robin Arsene) (Alexander, David) (Entered: 10/09/2007) |
| 10/11/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 2/1/2008 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.( Signed by Judge Vanessa D Gilmore ) (Attachments: # 1 Judge's Procedure) Parties notified.(mmapps, ) (Entered: 10/11/2007) |
| 10/23/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(espencer, ) (Entered: 10/23/2007) |
| 10/24/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Bolton, Robin Arsene, filed. (Alexander, David) (Entered: 10/24/2007) |
| 10/30/2007 | 4 | ORDER ADMINISTRATIVELY CLOSING CASE. Case Terminated on 10/30/2007. ( Signed by Judge Vanessa D Gilmore ) Parties notified.(ypippin, ) (Entered: 10/31/2007) |
| | | |

Case 1:07-cv-01970-ML-LDA Document 2-3 Filed 01/02/2008 Page 3 of 3

| | | |
|---|---|---|
| 11/08/2007 | 5 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 11/1/2007, answer due 11/21/2007, filed.(smurdock, ) (Entered: 11/09/2007) |
| 11/08/2007 | 6 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 11/1/2007, answer due 11/21/2007, filed.(smurdock, ) (Entered: 11/09/2007) |
| 11/19/2007 | 7 | JPML CONDITIONAL TRANSFER ORDER (8) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. (dhays, ) Modified on 11/21/2007 (dhays, ). Modified on 12/27/2007 (bthomas, ). (Entered: 11/21/2007) |
| 11/19/2007 | | Interdistrict transfer to District of Rhode Island. Copy of transfer order, complaint and certified docket sheet sent by email, filed. (dhays, ) Modified on 11/21/2007 (dhays, ). Modified on 12/27/2007 (bthomas, ). (Entered: 11/21/2007) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By ______ Deputy Clerk